UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROSE EXPOSE,<br><br>Plaintiff,<br><br>v.<br><br>DIANE WIEFENBACH, et al.,<br><br>Defendants. | No. 2:21-cv-00699-TLN-JDP<br><br>**ORDER** |

On November 24, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 4.)

The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 24, 2021, (ECF No. 3), are adopted in full;

2. Plaintiff's complaint is dismissed with prejudice as frivolous; and

3. The Clerk of Court is directed to close the case.

DATED: January 24, 2022

_____
Troy L. Nunley
United States District Judge